IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CENTENNIAL BANK, successor
in interest to COASTAL COMMUNITY
BANK,**

    Plaintiff,

vs.                                                                        CASE NO. 5:11-cv-20/RS-MD

**EDTC & B, LLC,
EDDIE RAY EANES,
DAN GILL,
TIM RAMSEY,
CHRIS MONTGOMERY,
CHARLES BUTLER,
DAVID F. PANETTI,
STATE OF FLA., DEPT. of REVENUE,**

    Defendants.
_____/

## ORDER

Before me is the Motion for Order Directing Deposits of Rents and Memorandum of Law in Support (Doc. 37).  The Defendants have not filed a response.  Pursuant to FLA. STAT. § 697.07, **IT IS ORDERED**:

1. The Motion (Doc. 37) is **GRANTED**.

2. Defendant EDTC & B, LLC, its agents, representatives, members, and employees shall turn over rents on the mortgaged property to Plaintiff or its designee.

3. Defendants shall provide to Plaintiff the following: (A) a list of all tenants leasing the subject properties, including the address o f each tenant; (B) the

    amount of any security deposit held by EDTC & B, LLC or any agent on its behalf and the type of deposit received.; (C) the amount of rent paid by each tenant; and (D) a copy of any written lease agreements.

4. Plaintiff shall file a status report on the first business day of each month making account for the receipt and use of the collected rents.

**ORDERED** on June 13, 2011.

                                                  /S/ Richard Smoak  
                                                **RICHARD SMOAK**  
                                                **UNITED STATES DISTRICT JUDGE**