IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CENTENNIAL BANK,

    Plaintiff,

vs.                                      CASE NO. 5:11cv20/RS-CJK

EDTC & B, LLC; EDDIE RAY EANES;
DAN GILL; TIM RAMSEY; CHRIS
MONTGOMERY; CHARLES BUTLER;
DAVID F. PANETTI; and STATE OF
FLORIDA DEPARTMENT OF REVENUE.

    Defendants.
_____/

## ORDER

Before me is Plaintiff's Motion For Summary Final Judgment In Foreclosure Under Count I And Partial Final Judgment Of Liability Under Counts II and III (Doc. 80). Defendants have not filed responses. N.D. Fla. Loc. R. 7.1(C)(1) provides "Failure to file a responsive memorandum may be sufficient cause to grant the motion."

**IT IS ORDERED:**

1. Summary judgment is granted for Plaintiff as to Count I. Final Judgment of Foreclosure under Count I shall be entered in favor of Plaintiff foreclosing its mortgage and security interest liens.

2. Partial summary judgment of liability is entered under Counts II and III in favor of Plaintiff under the promissory note and guarantees against Defendants, EDTC & B, LLC, EDDIE RAY EANES, DAN GILL, TIM RAMSEY, CHRIS MONTGOMERY, and CHARLES BUTLER.

3. A deficiency judgment shall be entered in favor of Plaintiff if the proceeds from the foreclosure sale of the subject property are insufficient to set aside the amount owed to plaintiff.

4. Pre-judgment interest, costs, and attorneys' fees shall be awarded to Plaintiff.

5. Plaintiff shall file not later than November 10, 2011, an itemization of all amounts claimed by it, including calculations of accrued interest and a daily interest amount.

**ORDERED** on October 25, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**